

# Fourth Court of Appeals
## San Antonio, Texas

March 27, 2014

No. 04-14-00092-CV

**IN THE INTEREST OF A.E., JR.,** Et al., Children,

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-00722
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The Appellant's Motion to Extend Time to File Brief for Tommi Jo Torres is GRANTED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of March, 2014.

Keith E. Hottle
Clerk of Court